In the Matter of the Application of RICHARD BARRY, Respondent, for a Writ of Mandamus against THE PLAYERS, Appellant.

*Matter of Barry* v. *The Players*, 147 App. Div. 704, affirmed.
(Argued February 13, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1911, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant, a social club, to restore relator to membership therein and granted said motion.

*Joseph F. Daly* and *Edward H. Daly* for appellant.

*Henry W. Bridges* for respondent.

Order affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.